```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| LINDA SUE MHOON,                ) <br> (a/k/a LINDA SUE BUCKINGHAM),   ) <br>     Plaintiff,                 ) <br>                                 ) <br> v.                              ) <br>                                 ) <br> U.S BANK HOME MORTGAGE, and     ) <br> JOHN DOES 1-20,                 ) <br>     Defendants.                ) | No. 12-cv-03053-JPM-tmp |

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of Magistrate Judge Tu M. Pham (the "Report and Recommendation"), filed December 10, 2013 (ECF No. 13), recommending that the Court dismiss Plaintiff Linda Sue Mhoon's pro se complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and that Defendant U.S. Bank Home Mortgage's Motion to Dismiss (ECF No. 10) be denied without prejudice.  No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.  (See ECF No. 13 at 17.)

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee notes.  On de novo review of the Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety.  Accordingly, Plaintiff's pro se

complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Defendants' Motion to Dismiss is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 30th day of December, 2013.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE